UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

```
FEDEX CORPORATION and                    JUDGMENT IN A CIVIL CASE
FEDEX CORPORATION EMPLOYEES'
PENSION PLAN

v.

THE NORTHERN TRUST COMPANY               CASE NO: 08-2827-A
and NORTHERN TRUST INVESTMENTS, N.A.
```

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Stipulation Of Dismissal entered on December 16, 2010, this cause is hereby dismissed with prejudice.


APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 12/16/2010                              THOMAS M. GOULD
                                              Clerk of Court


                                              s/Terry L. Haley
                                              (By)  Deputy Clerk